**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7834**

———————

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

    v.

GERALD A. HINDS,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (3:00-cr-00319-JRS-1)

———————

Submitted: March 24, 2014        Decided: March 27, 2014

———————

Before MOTZ, GREGORY, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Gerald A. Hinds, Appellant Pro Se. Michael Ronald Gill, Robert E. Trono, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Hinds appeals the district court's order granting his motion for a reduction of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hinds</u>, No. 3:00-cr-00319-JRS-1 (E.D. Va. filed Sept. 5, 2013 & entered Sept. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>